UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DARIAN DUNSTON,**

    **Plaintiff,**

**v.**                                                                   Case No. 5:18cv90-TKW-MJF

**W. CHURCHWELL, et al.,**

    **Defendants.**

_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 36) and the objections filed by Plaintiff (Doc. 38). Based on my de novo review of the issues raised in the objections, I agree with the magistrate judge that the complaint fails to plausibly allege a deliberate indifference claim under the Eighth Amendment because the allegations in the complaint do not show that Defendants disregarded Plaintiff's safety or otherwise acted unreasonably in response to his emergency grievance. Accordingy, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is **ADOPTED** and incorporated by reference in this Order.

    2.    Defendants' motions to dismiss (Docs. 17, 28) are **GRANTED**, and Plaintiff's complaint (Doc. 1) is **DISMISSED.**

3. The Clerk shall **CLOSE** the case file.

**DONE and ORDERED** this 5th day of August, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**